of the Circuit Court denying the defendant's motion to strike and dismiss the Complaint is reversed and the Circuit Court is directed to enter an order granting the motion to strike and to dismiss the Complaint for Partition.

Reversed and remanded with directions.

DIERINGER, P. J., and ADESKO, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBA BEATTY, Defendant-Appellant.

(No. 56558;

First District—September 22, 1972.

Opinion by Mr. JUSTICE DRUCKER.

James J. Doherty, Public Defender, of Chicago, (Stanley Joel Sacks, Assistant Public Defender, of counsel,) for appellant.

No appearance for the People.